UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| CESAR GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>BONNEVILLE BILLING & COLLECTIONS, INC.,<br><br>    Defendant. | Case No.: 1:17-cv-00481-DCN<br><br>**ORDER OF DISMISSAL** |

This matter having come before the Court upon the parties' Stipulation for Dismissal With Prejudice (Dk. 8), pursuant to FRCP 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Court being duly advised,

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, each party to pay its own attorneys' fees and costs.  The February 7, 2018 Scheduling Conference is VACATED.  The Clerk's Office is directed to close the case.

DATED: February 2, 2018

_____
David C. Nye
U.S. District Court Judge

ORDER OF DISMISSAL - 1